IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

CHARLES ELLERSON CARROLL, JR., ) CASE NO. 7:12CV00573
)
Plaintiff, )
) FINAL ORDER
v. )
)
BYINGTON, ) By: Glen E. Conrad
) Chief United States District Judge
Defendant(s). )

In accordance with the accompanying memorandum opinion, it is hereby

ADJUDGED AND ORDERED

that this civil action is **DISMISSED** without prejudice, pursuant to 28 U.S.C. § 1915A(b)(1), for failure to state a claim, and this action is stricken from the active docket of the court.

The Clerk will send plaintiff a copy of this order and the accompanying memorandum opinion to plaintiff.

ENTER: This 4th day of January, 2013.

*/s/ Glen E. Conrad*
Chief United States District Judge